## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

BAHRAM MASKANIAN,

    Plaintiff,

v.

WELLS FARGO & COMPANY,

    Defendant.

Civil Action No. 1:21cv5361-KAM-RML

## NOTICE OF SETTLEMENT

Pursuant to the Court's February 15, 2022 Order, Wells Fargo, through counsel, provides notice to the Court that it believes it has reached a settlement with Plaintiff, Bahram Maskanian. On February 17, 2022, Wells Fargo informed Plaintiff of Wells Fargo's agreement to the settlement terms that Plaintiff offered during the settlement conference. Wells Fargo has yet to receive a response from Plaintiff confirming the settlement, but Wells Fargo believes the parties are settled.

Dated: February 18, 2022

Respectfully submitted,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight, Esq.
NY Bar No. 028852001
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6008
Facsimile: (212) 704-6288
Email: stephen.steinlight@troutman.com
*Attorney for Defendant Wells Fargo & Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, a true and correct copy of the foregoing *Notice of Settlement* was filed with the Court's electronic case filing (ECF) system, which caused an electronic copy of this document to be served on all parties in this matter who have registered for ECF service.

                                          */s/ Stephen J. Steinlight*
                                          Stephen J. Steinlight, Esq.