UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BAHRAM MASKANIAN,

                        Plaintiff,                    JUDGMENT
    v.                                                    21-cv-5361 (KAM)(RML)

WELLS FARGO & COMPANY,

                        Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on June 20, 2023, granting Defendant's motion to dismiss the Complaint without leave to amend; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss the Complaint is granted, without leave to amend; and that judgment is hereby entered in favor of Defendant.

Dated: Brooklyn, New York                                              Brenna B. Mahoney
         June 22, 2023                                                   Clerk of Court

                                                                By:    */s/Jalitza Poveda*
                                                                               Deputy Clerk